UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FRANCISCO ORTIZ,**

    **Plaintiff,**

v.                                         Case No. 8:12-cv-1998-T35-TBM

**NAC DYNAMICS, LLC, and**
**TIMOTHY NEUBERT,**

    **Defendants.**
_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Motion for Summary Judgment (Dkt. 12), and Plaintiff's Response in Opposition thereto (Dkt. 14). On February 15, 2012, United States Magistrate Judge Thomas B. McCoun III issued a Report and Recommendation, recommending that Defendant's motion be denied since issues of material fact exist regarding Plaintiff's FLSA claim that he was not paid for all overtime hours worked while employed by Defendant. (Dkt. 32.) No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

In the Eleventh Circuit, a district judge may accept, reject or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); see Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to

those issues to which specific objection has been made by a party." <u>Jeffrey S. v. State Bd. of Educ.</u>, 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo* and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C); <u>see</u> <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 32) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. Defendant's Motion for Summary Judgment (Dkt. 12) is **DENIED;**

**DONE and ORDERED** in Tampa, Florida, this 8th day of March 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party